| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Jenkins & Clayman**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorney for Debtor | |
| In Re:<br><br>Sandra J. May<br><br>debtors | Case No.: 19-27812<br><br>Judge: CMG<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  McCormick 105, LLC  ,

   creditor.

   A hearing has been scheduled for  December 23, 2019 , at  10:00 a.m..

   ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____.

   I am requesting a hearing be scheduled in this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not

   been accounted for. Documentation in support of attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

Rather than try to save my Philadelphia property through the Chapter 13 process, I will sell the property within the next four months; by no later than April 30, 2020. I have received 3-4 verbal offers and a written offer to pay all the liens plus $10,000.00 for me. I will share this with all parties shortly (although I am inviting the other interested parties to make offers and this is why I would like until April 30, 2020). I will modify my plan accordingly.

3. I certify under penalty of perjury that the above is true.

Date: December 17, 2019                             /s/ Sandra J. May
                                                    Debtor's Signature

Date:                                               
                                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*