| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>DEMBO, BROWN & BURNS LLP<br>BY:  KYLE F. EINGORN, ESQUIRE<br>1300 ROUTE 73<br>SUITE 205<br>MT. LAUREL, NJ  08054<br>(856) 354-8866<br>KEINGORN@DBBLEGAL.COM<br>ATTORNEYS FOR MCCORMICK 105, LLC |
| In re:<br><br>SANDRA J. MAY,<br><br>                    Debtor. |

**Order Filed on May 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 13
Case No. 19-27812-JNP
The Honorable Jerrold N. Poslusny, U.S.B.J.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: May 21, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on Motion of McCormick 105, LLC (the "Lender") seeking relief from the automatic stay and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit the Lender to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Land and premises commonly known as 590 Livezey Street, Philadelphia, Pennsylvania 19128.**

**Parcel Number
21-3345816**

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.